**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: D.K., A MINOR   :   No. 460 MAL 2019
                                 :
                                 :
PETITION OF: N.E.-H., MOTHER   :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of October, 2019, the Petition for Allowance of Appeal is

**DENIED**.